## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE                                                                      CASE NO. 24-23610-RAM
                                                                                                               CHAPTER 13

**Dashiell Amhed Castillo**
**aka Dashiell Amhed Castillo Vega**
        **Debtor**
_____/

## CITIZENS BANK'S LIMITED RESPONSE TO
## DEBTOR'S OBJECTION TO CLAIM

**COMES NOW,** Citizens Bank NA f/k/a RBS Citizens NA, its Successors and/or Assigns, (hereinafter "Creditor"), by and through its undersigned attorney, as and for its Response to Debtor's Objection to Claim (Docket No. 64) states in support:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 30, 2024.

2. Creditor holds a first lien on real property owned by the Debtor and located at 16072 Southwest 83rd Terrace, Miami, FL 33193.

3. On April 23, 2025, Creditor timely filed its proof of claim which asserts a secured claim in the amount of $275,499.51 which includes a pre-petition arrearage in the amount of $2,699.58 (Claim 2).

4. On July 16, 2025, Debtor filed his Objection to Claim ("Objection") (Docket No. 64) seeking to strike but allow the Claim based on the Debtors intent to pay Creditor's Claim directly and outside of the Plan.

5. According to Creditor's Claim, the pre-petition mortgage arrears is comprised of $1,142.15 for projected escrow shortage and $1,557.43 in principal and interest. The account is currently past due for the payment due for July 1, 2025.

6.      Creditor does not oppose the Debtors proposed treatment in the Chapter 13 Plan and may consent to the Debtors request sought in the provided the debtor does not dispute the account remains due for the payment due for July 1, 2025, and all subsequent payments.

**WHEREFORE**, Secured Creditor respectfully requests that Debtor's Objection to its Proof of Claim be sustained subject to the conditions noted above, and for such other and further relief as the Court may deem just and proper.

                                  Respectfully submitted,

                                  /s/Jason A. Weber
                                  Jason A. Weber, Esq.
                                  Fla. Bar No. 0051681

TIFFANY & BOSCO, P.A.
1201 S. Orlando Ave., Suite 430
Winter Park, FL 32789
Telephone: (954) 828-1118
Facsimile: (954) 828-1101
jaw@tblaw.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered to the addresses on the attached mailing list by First Class U.S. Mail Postage pre-paid and/or electronic mail this 28th day of July, 2025.

Debtor
Dashiell Amhed Castillo
915 SW 74TH CT
Miami, FL 33144

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

*Trustee*
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                              /s/Jason A. Weber
                                              Counsel for Secured Creditor