UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

DASHIELL AHMED CASTILLO,                                    Case No. 24-23610-RAM
                                                            Chapter 13

                        Debtors.
_____/

FLORIDA DEPARTMENT OF REVENUE'S CONSENT TO DEBTOR'S
OBJECTION TO CLAIM NO. 5 (Doc. # 61)

Comes now, State of Florida Department of Revenue (hereafter "Florida"), by and through its undersigned attorney, files this Notice of Consent to Sustaining Debtor's Objection to Claim No. 5 (Doc. # 61) and states as follows:

1.       Florida consents to the Court entering an Order Sustaining the Debtor's Objection to Claim No. 5 which seeks to strike the Department's claim as filed. Review of the Department's records show that the outstanding child support obligations of the Debtor have been resolved, and no arrears are outstanding.

WHEREFORE, the State of Florida Department of Revenue consents to this Honorable Court entering an Order sustaining the Debtor's objection and striking Claim No. 5.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

Respectfully Submitted,

Dated: August 4, 2025                    /s/ Kristian S. Oldham
                                         Kristian S. Oldham, Esq.
                                         Assistant General Counsel
                                         Frederick F. Rudzik, Esq.
                                         Chief Assistant General Counsel
                                         Florida Department of Revenue

P.O.Box 6668
Tallahassee, FL 32314-6668
Telephone No.:(850)617-8347
Facsimile No.: ((850)488-7112
Rudzik Fl. Bar No.: 0749052
Oldham Fl. Bar No.: 105448

## CERTIFICATE OF SERVICE

I hereby certify that Jose A. Blanco, attorney for the Debtor, the Chapter 13 Trustee, and all interested parties, have been provided with the foregoing through electronic means through the CM/ECF system this 4th day of August, 2025.

 /s/ Kristian S. Oldham
Kristian S. Oldham, Esq.
Assistant General Counsel
Florida Department of Revenue